FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT E. CRAVEN, JR., an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUY SYNTHES SALES, INC. aka DEPUY SYNTHES SPINE, a foreign corporation; JOHNSON & JOHNSON INC., a foreign corporation; and AARON ANDERSON AND JANE DOE ANDERSON, a marital community,<br><br>    Defendants. | NO. 2:16-cv-00420-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 54. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//

**ORDER OF DISMISSAL ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 54, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 19th day of September 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**